AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT

**FILED**

Jul 17 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

for the

Northern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| SHAUKAT SHAMIM | )  Case No.  3-20-MJ-70966 MAG |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___2018 through October 2019___ in the county of ___Santa Clara___ in the
___Northern___ District of ___California___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1343 | Count One: Wire Fraud<br>Max. Penalties: Not more than 20 years imprisonment; not more than $250,000 fine; not more than 3 years supervised release; $100 special assessment |
| 15 U.S.C. § 78j(b) and 78ff, 17 C.F.R. § 240.10b-5 | Count Two: Securities Fraud<br>Max. Penalties: Not more than 20 years imprisonment; not more than $5,000,000 fine; not more than 3 years supervised release; $100 special assessment |

This criminal complaint is based on these facts:

The attached affidavit of FBI Special Agent Alexandra Bryant.

☑ Continued on the attached sheet.

Approved as to form ____/s/_____
                          AUSA William Frentzen

_/s/ Alexandra Bryant, via telephone_
*Complainant's signature*

Alexandra Bryant, Special Agent, FBI
*Printed name and title*

Sworn to before me by telephone.

Date:  ___July 17, 2020___

*Sallie Kim*
*Judge's signature*

City and state:  ___San Francisco, California___

Hon. Sallie Kim, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Alexandra Bryant, a Special Agent of the Federal Bureau of Investigation, being duly sworn, hereby declare as follows:

**OVERVIEW AND AGENT BACKGROUND**

1.      I make this affidavit in support of a two count Criminal Complaint against SHAUKAT SHAMIM (hereinafter SHAMIM):

      a.  Count One: Wire Fraud for an investment fraud scheme SHAMIM orchestrated from at least 2018 through October 2019 in connection to SHAMIM's start-up technology company, Youplus, in violation of 18 U.S.C. § 1343;

      b.  Count Two: Securities Fraud for selling securities through false, fraudulent, and misleading statements and promises from at least 2018 through October 2019 in connection with sales of securities in Youplus, in violation of 15 U.S.C. § 78j(b) and 78ff, 17 C.F.R. § 240.10b-5.

For the reasons set forth below, I believe there is probable cause to believe SHAMIM has committed the foregoing violations of federal law.

2.      The statements contained in this affidavit come from my personal observations, my training and experience, information from records and databases, and information obtained from other agents and witnesses. This affidavit summarizes such information in order to show that there is probable cause to believe that SHAMIM has committed the violations listed above. This affidavit does not purport to set forth all of my knowledge about this matter, or to name all of the persons who participated in these crimes.

3.      I am a Special Agent of the Federal Bureau of Investigation ("FBI") and have been so employed for approximately three years. I am currently assigned to a Complex Financial Crime Squad of FBI's San Francisco Field Division. As part of my assigned duties, I investigate

possible violations of federal criminal law, specifically investigations involving white collar crime.

## APPLICABLE LAW

4.      Title 18, U.S.C. § 1343 prohibits wire fraud. The essential elements of this offense are: 1) the defendant knowingly participated in, devised or intended to devise a scheme or plan to defraud, or a scheme or plan for obtaining money or property by means of false or fraudulent pretenses, representations, or promises; 2) the statements made or facts omitted as part of the scheme were material, that is they had a natural tendency to influence, or were capable of influencing, a person to part with money or property; 3) the defendant acted with the intent to defraud, that is, the intent to deceive or cheat; and 4) the defendant used, or caused to be used, a wire communication to carry out, or attempt to carry out an essential part of the scheme. See Ninth Circuit Instruction 8.124.

5.      Title 15, U.S.C. §§ 78j(b) and 78ff; and Title 17 C.F.R. § 240.10b-5 prohibit securities fraud. The essential elements of this offense are: 1) the defendant knowingly and willfully used or employed a manipulative or deceptive device, 2) the manipulation or deception was in connection with the sale of a security, 3) the manipulation or deception constituted a false statement or misleading omission of material fact. *See United States v. Jenkins,* 633 F.3d 788 (9th Cir. 2011). Promissory notes tied to shares in a company and/or dependent on corporate performance are a form of security covered by the law.

## FACTS SUPPORTING PROBABLE CAUSE

### Summary of the Scheme

6.　　The following facts lay out the fraud scheme that has occurred thus far. The subject is SHAUKAT SHAMIM (SHAMIM), a 49-year-old male living in Santa Clara, CA. In March 2020 Venture Capital Fund C (hereinafter VC FUND C[1]), a venture capital firm in San Jose, CA, reached out to the FBI. The FBI learned from VC FUND C that SHAMIM had raised approximately $17 million for his startup company, Youplus, and had lied to investors about Youplus's revenue and success in securing investments. From 2018 through 2019 SHAMIM solicited VC FUND C to invest in Youplus and provide additional funds to keep the company afloat. SHAMIM made material false statements about Youplus's 2018 and 2019 revenue in order to raise funds from VC FUND C and its Investment Committee members. SHAMIM also made false statements in regards to Youplus's client list claiming numerous Fortune 500 companies were paying customers when they were in fact not. As described below, many of the investor funds raised from 2017 to 2019 went to SHAMIM, his wife, and to SHAMIM's international travel and personal expenses. Additionally, based on VC FUND C's examination of the software developed by SHAMIM and Youplus, it appeared that SHAMIM also misrepresented the capabilities of the software that was developed.

7.　　On August 1, 2019, SHAMIM used false, fraudulent, and misleading statements to cause an investor to use interstate wires to send an additional $100,000 to SHAMIM and Youplus and to purchase securities from SHAMIM and Youplus.

### Youplus and SHAMIM's Scheme

---

[1] In the interest of anonymity, I have used capitalized initials to identify entities and individuals other than SHAMIM.

8.      Youplus Inc., was incorporated in Delaware in November 2013. SHAMIM is the CEO and founder of Youplus. Based on SHAMIM's public LinkedIn profile, SHAMIM previously worked at Yahoo and founded a startup technology company that was acquired by AOL in 2012. By 2019 archives of Youplus's website show that Youplus claimed to have offices in Mountain View, Chicago, New York, London, and India.

9.      In 2013 SHAMIM opened a deposit account ending 8387 at Silicon Valley Bank (SVB) for Youplus. In 2015 the address for this account was 2045 Kington Place, Santa Clara, CA 95051. Based on database records and surveillance conducted at this address, I believe this to be SHAMIM's residence. In September 2016 a new Youplus account was opened at SVB ending 6865 and the account 8387 was closed. The address listed for this new account was also 2045 Kington Place when the account was first opened and then changed to multiple other Bay Area addresses.

10.     From March 2015 to November 2016, the SVB account ending in 8387 received approximately $2.2 million in incoming wire transfers. A majority of these wires I believe to be investments into Youplus. This included $500,000 from an investor in Palo Alto, CA.

11.     From December 2016 to January 2020, the SVB account ending in 6865 received approximately $13.7 million in incoming wire transfers. I also believe a majority of these wires to be investments into Youplus. From December 2016 to October 2017 approximately $3.1 million was received including $2 million from an investor in Palo Alto, CA and $250,000 from an investor in the Isle of Man. According to that investor's website it is a venture capital firm that "invests in early stage technology companies led by entrepreneurs who have a passion and mission to make the world a happier place." According to LinkedIn, that investor is a venture capital firm in the UK that has three Managing Partners including INVESTOR BL, who resides in the Bay Area.

4

12.     By August 2018, archives of Youplus's website www.youplus.com, show that Youplus had launched its first product. An archive of the Youplus website from August 27, 2018 had the following statement on Youplus's home page: "People have opinions and are not shy to speak them! More than any other source, consumers are tuning to video reviews of products uploaded by everyday people like themselves to inform their buying decisions. Youplus helps marketers solve key questions by learning what the video web is thinking and feeling, and then indexing its relevant contents. From macro topic trends to brand-specific sentiment, we deliver data and insight driven by the real, untapped universe of human opinion influencing the marketplace right now".

13.     My understanding of Youplus's business model – based on my review of the website, documents, and interviews of investors – was that it claimed to have built a technology platform to review videos and could determine the opinions being expressed in these videos. For example, Youplus's product could review hundreds of videos that mention Dove shampoo and then could automatically summarize the sentiments being expressed about the shampoo in the videos. This would enable companies to know how their products are doing or trending in video content. Youplus would be cheaper and more efficient than hiring market research firms to conduct focus groups. Youplus claimed to have cutting edge artificial intelligence (AI) to interpret these videos.  Youplus touted winning awards from innovation groups, including this news release: "Youplus, a cutting-edge technology innovation company providing AI-based video solutions, won the eminent Webit Award 2019 for 'Best Use of AI' at the Webit Festival, the leading Digital and Innovation event of the distinguished Webit Foundation," as well as winning the "AI Excellence Award by Business Intelligence Group."  A March 2018 Youplus Investor Update provided to the FBI from VC FUND C had the following description of Youplus's business model:

---

**FAQ:**
**Description: What is Youplus?**

Founded by a team of serial entrepreneurs with deep expertise in Search and Video, Youplus has created the world's first "Video Opinion Search Engine", organizing the Video-Web with opinions.

Today, video counts for 74% of all internet traffic.  People are consuming over a billion hours of video every day and making over 5 billion searches for video content.  These are consumers and shoppers already expressing real and highly valuable opinions about brands in video.

Similar to how Google is indexing the textual web by looking inside and indexing on keywords, Youplus is using computer vision, audio and text analysis to look inside videos and associate the salient parts to **Opinions.**  On top of the Opinion index, Youplus has created **Insights-Neural-Network** that can unlock and predict qualitative insights trapped deep inside vast video content.

---

14.     Based on an interview of an attorney at Alto Litigation,  who represented VC FUND C against SHAMIM, SHAMIM told Alto Litigation  that Youplus underwent massive change in 2017 and shifted to the video opinion  search product that SHAMIM marketed up until the end of 2019. The two products Youplus  offered were VISION and VIEW.

15.     In 2018 INVESTOR GG launched VC FUND C. INVESTOR GG is the founder and managing  director of VC FUND C, which is a venture capital firm located in San Jose, CA focused on early stage investments  in technology  companies.  VC FUND C has launched one private equity  fund that has invested  in approximately  8 to 9 startups. VC FUND C has outside investors and also the Investment Committee  members of VC FUND C invest in the fund.

16.     Based on an FBI interview  of INVESTOR GG, INVESTOR GG met SHAMIM in approximately  2018 through a non-profit  group. When INVESTOR GG launched VC FUND C he started to host dinners where potential  start-ups could pitch their companies to VC FUND C and its Investment  Committee.  INVESTOR GG invited  SHAMIM to present Youplus in 2018 after hearing about SHAMIM and Youplus through the non-profit  group. SHAMIM made a positive  impression  on INVESTOR GG and the Investment  Committee.  In 2018 SHAMIM sent INVESTOR GG emails providing  updates about Youplus including  investor presentations and

financing updates. Specifically, on March 23, 2018 SHAMIM sent INVESTOR GG a Youplus

Investors & Shareholders Update from the email address sshamim@youplus.co. The email

included in part the following sections:

> **Current Traction:**
> A recap on the business. On Wednesday, March 21st, we had our first ever **16** new
> client/site signups in one day. This is a new record for us and I am humbled by the team's
> performance. We are signing up 2-16 clients/sites per day on average. We do a trial
> period with these clients and then convert them to paying customers. We feel confident
> that we will convert over 90% of the trial clients to paying customers (about 15% of them
> also pay in trial phase).
>
> We have signed up about **175** Brands/Sites as our client till date (since October 2017). We
> have added about 50 new clients since our last update. Business continues to grow at a
> phenomenal exciting speed!
>
> Our short term plan is to convert 50 trial customers to regular paying customers by July,
> 2018. Currently we have **23** paying customers. The list includes, P&G, Unilever, Nestle,
> BMW, Toyota, Maruti, ITC Foods, Huggies, Samsung, Sony, Mahindra, and others.

> **Projections:**
> In light of our recent tractions, we are revising our projections for the year **upwards** to
> $8.5m from earlier projection of $6m. We still have risks in business and may consider
> investing more aggressively and sacrifice short term revenue for longer term customer
> signups. But currently, we are planning gear up on this new projection. This is the first
> time we have revised our guidance upwards and we are very excited about it. Thank you.

17.     On September 20, 2018 and September 22, 2018, SHAMIM sent two emails to

INVESTOR GG and other potential investors including a venture capital firm in Australia. Both

emails had spreadsheets attached. The September 20th email attached a spreadsheet titled

"Youplus_Finacial_0818", which was authored by "Shaukat Shamim". This sheet had a tab

labelled "Financial Summary", which included Total Revenue for the months January 2018 to

July 2018. Total Revenue for July 2018 was listed at $400,118. The September 22nd email

attached a spreadsheet titled "Youplus_Customer_Breakdown_0922_18", which broke out

current and projected revenue for Youplus's two products VISION and VIEW by customer. Over

130 purported clients were listed as well as the following table:

| Total Number of current Brands | 562 |
|---|---|
| Revenue/month | $579,500 |
| Projected #Brands in 12m | 1,483 |
| Projected Revenue/month 12 m | $3,766,000 |

18.     By the end of 2018 INVESTOR GG was impressed with Youplus's business model, client list, and the other investors SHAMIM claimed were investing or thinking of investing in Youplus. From December 5, 2018 to March 27, 2019, VC FUND C invested $1.4 million in Youplus. VC FUND C wired the following amounts to Youplus's account at Silicon Valley bank ending 6865: December 5, 2018 - $600,000; March 13, 2019 - $300,000; and March 27, 2019 - $500,000. These three investments were memorialized via two convertible promissory notes signed electronically by SHAMIM. The VC FUND C investments were bridge financing until Youplus completed its first round of equity financing or Series A, at which point VC FUND C's investments could be converted into preferred shares. This conversion never took place.

19.     From January 2019 to September 2019 VC FUND C helped SHAMIM with fundraising and securing investors for a potential Series A financing round. The VC FUND C's investors and Investment Committee members also invested in Youplus in addition to the VC FUND C investments. One VC FUND C Investment Committee member that invested was INVESTOR CD, an Executive Vice President at Samsung who resides in New Jersey. Based on an FBI interview of INVESTOR CD, INVESTOR CD met with SHAMIM in New York City in the fall of 2018 multiple times before INVESTOR CD invested.

20.     SHAMIM emailed a November 2018 Youplus presentation to INVESTOR CD. INVESTOR CD was impressed with the new capabilities Youplus was working on and by Youplus's client list. The client list was an important factor in INVESTOR CD first investing in Youplus. The client list slide from the November 2018 presentation showed the following customers:



21.     In December 2018 INVESTOR CD invested $50,000 in Youplus and wired the funds to Youplus's Silicon Valley Bank account ending 6865. Similar to VC FUND C, INVESTOR CD's investment was memorialized via a convertible promissory note. On December 8, 2018 SHAMIM emailed INVESTOR CD wire instructions, the promissory note, and advisory board paperwork (INVESTOR CD was to become a Youplus advisor). INVESTOR CD signed the promissory note and emailed it back to SHAMIM, but INVESTOR CD does not believe he received a countersigned version back from SHAMIM.

22.     By August 2019 INVESTOR CD decided to invest more funds into Youplus. One of the material reasons INVESTOR CD decided to invest more was because of Youplus's 2019 revenue projections and accelerated growth. On May 23, 2019 INVESTOR CD received an email from SHAMIM that attached an updated May 2019 Youplus presentation and a 2019 financial model spreadsheet. The attached spreadsheet projected Youplus revenue for 2019 was approximately $17.8 million and actual revenue recognized from January 2019 to April 2019 was approximately $3.5 million.

23.     On May 29, 2019 SHAMIM emailed INVESTOR GG what appears to be a draft of the Youplus June Investor Update. The email's subject was "Please review before I use this". In the email there is a section called "Traction Highlights" where SHAMIM stated in part "$4.62m revenue this year till May 2019, already surpassed entire 2018 revenue in 5 months. Projected revenue for 2019 is $17.8m. We have already booked $13m revenue for 2019".

24.     INVESTOR CD viewed Youplus' projected revenue of over $10 million for 2019 as impressive and a big hurdle for a startup to pass. Because of the accelerating growth, revenue projections, and continued impressive client list, INVESTOR CD invested an additional $100,000 on August 1, 2019 into Youplus. INVESTOR CD sent two $50,000 wires from INVESTOR CD's UBS bank accounts to Youplus's SVB account ending 6865. INVESTOR CD also recommended his brother and friend invest in August 2019. On August 1, 2019 SHAMIM sent INVESTOR CD an email containing the wiring instructions as well as a convertible promissory note, similar to the notes described above, for the additional $100,000.

25.     The $50,000 wire sent INVESTOR CD's UBS account, was a federal wire using the Federal Reserve system and constitutes an interstate wire for Count 1 of this Complaint.

26.     By September 2019 SHAMIM asked INVESTOR GG and VC FUND C for additional funding. SHAMIM claimed that Youplus was running out of cash and could not meet payroll. INVESTOR GG was confused why Youplus was having cash flow problems given that SHAMIM said they had booked millions in revenue in 2019. INVESTOR GG already had a VC FUND C employee and a VC FUND C advisor helping SHAMIM with potential Series A investors in August 2019. When SHAMIM asked for additional funds, INVESTOR GG asked the VC FUND C advisor (ADVISOR AK) to conduct due diligence and write a formal investment memo on Youplus for VC FUND C. As part of the due diligence ADVISOR AK asked SHAMIM for Youplus records including customer contracts and bank statements. SHAMIM delayed in getting these items to ADVISOR AK. Between September 13, 2019 and

October 1, 2019 VC FUND C ended up providing Youplus $550,000. These cash injections were made before ADVISOR AK finished his full due diligence and before SHAMIM provided all of the documents requested by ADVISOR AK.

27.     By approximately October 14, 2019, SHAMIM had uploaded bank statements, payroll information, and customer contracts to a data room, which was a Google Drive folder with no password. ADVISOR AK noticed that the customer contracts looked like carbon copies of each other. Additionally, SHAMIM had provided an August 2019 Youplus bank statement from Chase bank. ADVISOR AK noticed that the bank statement appeared altered and the debits and credits did not add up to the ending balance listed. ADVISOR AK informed the others at VC FUND C, including INVESTOR CD, about what he had found. INVESTOR CD provided the FBI with a copy of the August 2019 Chase statement from SHAMIM.

28.     Based on records from Chase Bank, INVESTOR BL opened a Youplus checking account ending 9585 and savings account ending 0517 in February 2019. On the opening account documents INVESTOR BL was listed as the acting secretary of Youplus. Based on interviews of VC FUND C employees and Investment Committee, INVESTOR BL is associated with GRIL Ventures, an investor mentioned above who invested in Youplus in 2017.

29.     I compared the August 2019 statement for Chase account ending 9585 from SHAMIM [Exhibit 1] with the August 2019 statement provided by Chase [Exhibit 2]. I believe that the August 2019 statement provided by SHAMIM was materially altered to show fake incoming revenue from fake clients. Specifically, the statement from SHAMIM shows deposits totaling over $600,000 from 35 different companies including Coca-Cola, Kraft, and Netflix. The true statement from Chase shows just one deposit from Procter Gamble for $65,000. I believe SHAMIM sent falsified records because Youplus had materially less revenue generation and number of clients than SHAMIM had told investors in 2018 and 2019.

30.     On October 18, 2019 VC FUND C decided to confront SHAMIM about the fraudulent bank statements and their concerns about a possible fraud. SHAMIM, INVESTOR GG and ADVISOR AK were present at VC FUND C's office for the meeting. INVESTOR CD and two other Investment Committee members were dialed into the meeting via teleconference. During the meeting the following topics were discussed:

    a.   SHAMIM claimed he was not going to run away with investors' money. SHAMIM was the "product CEO" focused on building the technology and getting customers. SHAMIM claimed he did not focus as he should have on other parts of the business like financials. SHAMIM was not sure what the actual revenue of Youplus was. The Youplus employee who handled the financials was in India and SHAMIM claimed not to have his/her name. SHAMIM also indicated on a couple of occasions during the meeting that he was willing to just shut the company down – an extreme and odd offer if Youplus had been as successful as SHAMIM had told investors.

    b.   VC FUND C discussed SHAMIM needing to hire forensic accountants to get the correct financials for Youplus. VC FUND C also demanded SHAMIM provide untampered bank statements and payroll for Youplus. SHAMIM agreed he would supply these documents. At one point SHAMIM denied that he had access to the bank accounts and then admitted that he had access to one bank account.

    c.   VC FUND C and SHAMIM agreed SHAMIM needed to find out who tampered with the bank statements. SHAMIM suggested that employees in India were the ones responsible for tampering with the bank statements, but SHAMIM still said he took responsibility for what occurred.

31.     After the October 18, 2019 meeting, SHAMIM provided VC FUND C with copies of statements for Youplus accounts at SVB, Chase, an Indian bank, and American

Express. According to INVESTOR CD, SHAMIM asked INVESTOR BL to update Youplus's QuickBooks. SHAMIM then shared the QuickBooks records with VC FUND C and INVESTOR CD.

32.     On October 27, 2019 SHAMIM emailed INVESTOR CD and others. The email stated in part:

 Sun 10/27/2019 5:13 PM

shaukat shamim <sshamim@youplus.com>

**Youplus Financials and Access to Quickbooks**

To   undisclosed-recipients:

Bcc  

ⓘ Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.

You have also received a detailed data room access which includes bank statements, credit card statements (business and personal), expense statements and documents related to loans to youplus from officers.

All bank and card statements included here were downloaded directly from bank accounts. If you need direct access to the bank accounts to download statements directly, I am happy to arrange this for you in person over the coming days (see below).

As a summary note, this email is the result of a week of effort with the intent of giving you access to full information on the company accounts since inception, with no accompanying narrative-- just the facts for your complete, independent review.

You will note that the figure of $17,469,020 in incoming investment since inception. Of this, $6,062,356.00 was remitted to India for operations, and a further $515,983.00 was remitted to the UK for operations.

The company did $499,972 in sales and other revenue since inception (from both USA and India).

The USA company shows a net loss of $11,327,675.69, which includes consulting expense of $2,055,618, marketing expense of $441,423, legal expense of $234,429.82, software development of 652,765.50, Salaries and Wages $1,999,994.90, and Travel and Accommodations of $1,551,391.33.

Total compensation to me is $1,362,612.02. This includes both salary / consulting fees, expenses reimbursement and loan repayments. All of this is detailed in the Quickbooks for your review.

I would like to come in to meet you in person at your convenience and explain historical cash expenses, revenues,

33.     INVESTOR CD went through the QuickBooks provided by SHAMIM as well. Youplus took in approximately $17 million since inception. INVESTOR CD observed that approximately $5.4 million went to Youplus's India operations, $1.6 million went to payroll, $1.3 million went to SHAMIM or his wife, $2.4 million went to consulting fees, and $1.5 million

was spent on travel. INVESTOR CD believed that INVESTOR BL may have been associated with some of the consulting firms being paid. Additionally, INVESTOR CD observed SHAMIM repaid himself for "officer loans" made to Youplus, but INVESTOR CD could not find all of the corresponding funds where SHAMIM loaned the company the money.

34.     INVESTOR CD could only find approximately $116,000 in customer invoices/revenue in the QuickBooks records.

35.     I reviewed the QuickBooks' records provided to INVESTOR CD by SHAMIM and records for the Youplus SVB account ending in 6865. Below is a summary of approximately $11 million in US based expenses from 2013 to October 2019 (records for India related expenses were not included in the QuickBooks) as well as payments made to SAIMA HAQUE. Based on database records, I believe SAIMA HAQUE to be SHAMIM's wife.

     a.   According to the SVB and QuickBooks' records, SHAMIM and his wife received approximately $1.3 million in direct payments from Youplus.

     b.   The approximately $1.5 million in travel expenses included hundreds of thousands in high end hotels. A majority of the airline tickets appear to be for SHAMIM, but there are tickets for other Youplus employees and investors including LAURENCE AINOUZ, INVESTOR BL, and tickets for INVESTOR GG in late 2018. Approximately $275,000 in expenses were recorded as "Promotional Meals". The travel expenses and promotional meal expenses seem outsized given that less than $1 million in revenue was ever achieved.

     c.   In the QuickBooks there was a category called "Other Expenses – Shaukat", which appears to be personal non-business related purchases. This totals approximately $246,190. Listed in these expenses were things like additional travel expenses, expensive eyewear store purchases, duty free purchases, and approximately $5,000 at John Varvatos stores, a men's clothing company.

d.

| Expenses (2013 to 10/2019) | | |
|---|---|---|
| Consulting Fees (minus fees paid to SHAMIM's wife) | $ | 2,285,254.41 |
| Laurence Ainouz | $ | 332,635.52 |
| AND IMPACT X | $ | 405,203.55 |
| Other Consulting Fees | $ | 1,547,415.34 |
| Travel | $ | 1,556,093.44 |
| Salary (minus salary paid to SHAMIM and SHAMIM's wife) | $ | 1,491,734.86 |
| Other Expenses (taxes, healthcare, etc.) | $ | 1,236,835.71 |
| Payroll Taxes | $ | 996,694.86 |
| Software Development (all costs incurred 2014 to 2016) | $ | 652,765.50 |
| Advertising and Marketing | $ | 441,453.40 |
| Rent & Lease | $ | 369,178.38 |
| Promotional Meals | $ | 274,587.11 |
| Office Expenses | $ | 243,445.46 |
| Payments to Shamim and SHAMIM's wife | $ | 987,660.18 |
| SAIMA HAQUE - Consulting Fees | $ | 118,000.00 |
| SAIMA HAQUE - Salary | $ | 610,300.14 |
| SHAMIM - Salary | $ | 259,360.04 |
| Other Expenses - Shaukat Account | $ | 246,190.91 |
| Total | $ | 10,781,894.22 |
| | | |
| Additional Payments to SAIMA HAQUE from SVB Account ending 6865 | $ | 307,721.28 |
| Direct Payments to SHAUAKAT SHAMIM and SAIMA HAQUE | $ | 1,295,381.46 |

36.     From December 2016 to January 2020, approximately $3 million in American Express card payments were made from the Youplus SVB account ending in 6865. The approximately $1.5 million in travel expenses discussed above was generally charged on American Express cards. I believe that part of the travel expenses were not legitimate business expenses. I also believe there were additional personal expenses paid for with Youplus funds that were not properly labelled in the QuickBooks records given to the VC FUND C by SHAMIM. An example of this is found in the statement for the Youplus AMEX card ending 41005 for May 2018. Approximately $132, 073.01 charges were made in the month including $15,460.25 and $2,493.24 at Saks New York (a department store). The QuickBooks records had these expenses

15

labelled as "Travel: Flight Expense". The payments for the Youplus AMEX card ending 41005 for May 2018 were paid for from the Youplus SVB account ending 6865.

37.     I believe that SHAMIM materially misrepresented Youplus's revenue and clients since 2018. Even taking SHAMIM's calculation of "actual" revenue of $499,972 from his October 27, 2019 email, that is multiple times less than what SHAMIM reported to investors and potential investors in 2018 and 2019. I also believe SHAMIM knew that the many large companies he claimed were Youplus clients were not paying clients.

38.     On approximately November 25, 2019 investors demanded SHAMIM resign from Youplus and a new board be appointed to oversee what could be done with the company. INVESTOR CD was made executive chairman of Youplus. By 2020 all the Youplus Indian employees were laid off and Youplus was no longer an operating business. Based on information from investors regarding the state of the AI technology that existed at Youplus, probable cause exists that SHAMIM had not developed AI that could perform all of the functions he represented to potential investors, investors, and to potential clients. It appeared to investors that some of the product that was generated by Youplus and purported to be the product of AI software was, in fact, the product of paid workers in India watching videos and then recording their impressions. In other words, the product of human intelligence rather than AI software.

39.     A Committee member of VC FUND C spoke to Youplus's CTO and India team after the fraud was discovered. While some work had been done, like the creation of a user interface, Youplus's platform was not a fully automated solution, parts of the core technology had not been coded, and some of the technology used was publicly available software and tools. There did not appear to be any IP or patents. The Committee member of VC FUND C estimated it would take six months to a year with additional investment needed to even create a functioning product.

40.    For the reasons set forth above, I believe SHAMIM made materially false and fraudulent pretenses, representations, and promises to INVESTOR CD and concealed material facts from INVESTOR CD in order to secure investments from INVESTOR CD, in violation of 18 U.S.C. § 1343.

## CONCLUSION

41.    Based on the foregoing, it is my opinion that there is probable cause to believe that Shaukat SHAMIM committed Wire Fraud, in violation of 18 U.S.C. § 1343 and Securities Fraud, in violation of 15 U.S.C. §§ 78j(b) and 78ff, 17 C.F.R. § 240.10b-5. Accordingly, I respectfully request that a warrant for the arrest of SHAMIM be issued.

## REQUEST FOR SEALING

75.    I respectfully request that the Court issue an order sealing, until further order of the Court, the Criminal Complaint and all papers submitted in support of this Criminal Complaint, including this affidavit. I believe that sealing is necessary in order to effectuate the orderly arrest of SHAMIM and in order to guard against flight and destruction of evidence.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

/s/ Alexandra Bryant
ALEXANDRA E. BRYANT
Special Agent
Federal Bureau of Investigation

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P 4.1 and 4(d) on this _17_ day of July 2020.

_____
HON. SALLIE KIM
United States Magistrate Judge

17

# EXHIBIT 1



July 31, 2019through August 31, 2019

Primary Account: 0 0 0 0 0 0 3 7 6 2 3 9 5 8 5

## CHASE PLATINUM BUSINESS CHECKING

YOUPLUS, INC.                                    Account Number: 000000376239585

## CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$9,880.00** |
| Electronic Deposits and Additions | 639,579.00 |
| Linked Acct Transfer | 31,673.67 |
| Electronic Withdrawals | -633,190.00 |
| **Ending Balance** | **$. 12,350.33** |

Your account ending in 0517 is linked to this account for overdraft protection.

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/26 | Nivea  EDI Paymnt 6121758788     I | D: 0973345789 | $5,500.00 |
| 08/26 | Procter Gamble  EDI Paymnt 7221758647 | ID: 7894371445 | $65,000.00 |
| 08/25 | Interpublic  EDI Paymnt 4229158634 | ID: 8673339245 | $25,000.00 |
| 08/24 | Mindshare  EDI Paymnt 5496757699 | D: 5129884299 | $55,800.00 |
| 08/22 | Phd M, Z918233  EDI Paymnt 5434537699 | ID: 6453469484 | $6,133.00 |
| 08/22 | Omnicom  EDI Paymnt 44545864714 | ID: 7386396823 | $67,500.00 |
| 08/21 | Porsche Corp  EDI Paymnt 8908766748 | ID: 7216911924 | $5,000.00 |
| 08/19 | Epsilon  EDI Paymnt 3223998775 | ID: 4714163298 | $5,143.00 |
| 08/18 | Geometry Global   EDI Paymnt 8651948900 | ID: 4447825352 | $5,000.00 |
| 08/18 | Grey Media EDI Paymnt 7805771009 | ID: 1198711252 | $4,958.00 |
| 08/16 | Huggies  EDI Paymnt 8001758867 | ID: 4891974798 | $4,100.00 |
| 08/16 | Coca-Cola  EDI Paymnt 9986234788 | ID: 6629471396 | $7,500.00 |
| 08/16 | J&J  EDI Paymnt 2201758721 | ID: 2713729299 | $5,833.00 |
| 08/14 | Kraft Corp  EDI Paymnt 7243058449 | ID: 7282394339 | $10,200.00 |
| 08/14 | Lexus USA  EDI Paymnt 8821758647 | ID: 1877617766 | $8,500.00 |
| 08/12 | Mars Corp  EDI Paymnt 9081888004 | ID: 7827477298 | $9,400.00 |
| 08/11 | Mediacom  EDI Paymnt 9931818687 | ID: 6590388811 | $14,500.00 |
| 08/11 | Netflix Corp  EDI Paymnt 8211758005 | ID: 9191933444 | $8,750.00 |
| 08/11 | Pepsico Corp  EDI Paymnt 4734708829 | ID: 8564422418 | $8,000.00 |

 **CHASE**

July 31, 2019 through August 31, 2019
Primary Account: 0 0 0 0 0 0 3 7 6 2 3 9 5 8 5

## CHASE PLATINUM BUSINESS CHECKING

YOUPLUS, INC.                                                        Account Number: 000000376239585

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 08/11 | Ogilvy   EDI Paymnt 7117622047 | ID: 1346411987 | $5,833.00 |
| 08/11 | Pampers EDI Paymnt 7783256649 | ID: 1209321523 | $15,000.00 |
| 08/11 | Peugeot   EDI Paymnt 63453857 | ID: 1800811334 | $5,833.00 |
| 08/10 | Phil Morris EDI Paymnt 42343887 | ID: 7023079415 | $9,916.00 |
| 08/10 | UM IPG EDI Paymnt 549634539 | ID: 5724584870 | $11,677.00 |
| 08/10 | ALWAYS PG CO  EDI Paymnt 998757879 | ID: 1129984599 | $35,000.00 |
| 08/09 | BRAUN PG CO  EDI Paymnt 5993757677 | ID: 6129564300 | $17,500.00 |
| 08/09 | GroupM ADC NY928380/ REF 32332 EDI Paymnt | ID: 3774839202 | $53,146.00 |
| 08/09 | BOUNCE PG CO  EDI Paymnt 55546757119 | ID: 8440884300 | $17,500.00 |
| 08/09 | Unilever Dove EDI Paymnt 5996757220 | ID: 9883399550 | $12,500.00 |
| 08/08 | GroupM   EDI Paymnt 4981753855 | ID: 3910811975 | $40,000.00 |
| 08/08 | General Mills   EDI Paymnt 1189861292 | ID: 4154387100 | $9,167.00 |
| 08/08 | LifeBuoy EDI Paymnt 54125733344 | ID: 7721904299 | $9,167.00 |
| 08/05 | Pantene  EDI Paymnt 7656757699 | ID: 5253488744 | $8,700.00 |
| 08/05 | TIDE  PG CO TDPG2321 EDI Paymnt 7796757877 | ID: 5544366373 | $35,500.00 |
| 08/05 | Verte zy6787   EDI Paymnt 9996753453 | ID: 6634346334 | $9,000.00 |

# EXHIBIT 2



August 01, 2019 through August 30, 2019
Primary Account: **000000376239585**

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/27 | Procter Gamble   EDI Paymnt 7221758647      ID: 1310411981 | $65,000.00 |
| **Total Deposits and Additions** | | **$65,000.00** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/19 | Coal-30Jul19-2218 | $7,519.66 |
| **Total Other Withdrawals** | | **$7,519.66** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 08/19 | $0.00 |
| 08/27 | 65,000.00 |

## SERVICE CHARGE SUMMARY

| | AMOUNT |
|---|--------|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|-------------|--------|---------|---------|------------|-------|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | Unlimited | 0 | $0.40 | $0.00 |
| **Subtotal Other Service Charges** | | | | | **$0.00** |

**ACCOUNT** 000000376239585

| | VOLUME |
|---|--------|
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Credits | 1 |