STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
KIMBERLY HOPKINS (MABN 668608)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Andrew.dawson@usdoj.gov
    Kimberly.hopkins@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: 3:20-mj-70966 MAG |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 5.1(c) AND (d) |
| v. | |
| SHAUKAT SHAMIM, | |
| Defendant. | |

      Counsel for the United States and counsel for the defendant, Shaukat Shamim, jointly stipulate and request that time be excluded under Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act from September 27, 2021 to October 27, 2021. The parties jointly request that the status hearing be continued from September 27, 2021 to October 27, 2021.

      The government and counsel for the defendant have agreed that time be excluded under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing discovery produced by the government. The parties are exploring the possibility of a pre-indictment resolution to the matter and defense counsel needs time to conduct related investigation and review the discovery. For these reasons, the parties stipulate and agree that excluding

1 time until October 27, 2021, will allow for the effective preparation of counsel.  *See* 18 U.S.C. §
2 3161(h)(7)(B)(iv); FRCP 5.1(c) and (d).  The parties further stipulate and agree that the ends of justice
3 served by excluding time from September 27, 2021 to October 27, 2021, from computation under the
4 Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweigh the best interests of
5 the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).
6      The undersigned Assistant United States Attorney certifies that he has obtained approval from
7 counsel for the defendant to file this stipulation, request, and proposed order.

9      IT IS SO STIPULATED

11 DATED: September 22, 2021      Respectfully submitted,

12      STEPHANIE M. HINDS
     Acting United States Attorney
13

14
     /s/
15      ANDREW F. DAWSON
     KIMBERLY HOPKINS
16      Assistant United States Attorneys

18 DATED: September 22, 2021      /s/
     GAIL SHIFMAN
19      Attorney for the Defendant

20 / / /

**ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from September 27, 2021 to October 27, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from September 27, 2021 to October 27, 2021 from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweighs the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from September 27, 2021 to October 27, 2021 shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d). 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv); FRCP 5.1(c),(d). The status conference is also continued from September 27, 2021 to October 27, 2021.

IT IS SO ORDERED.

DATED: September 22, 2021

HON. SALLIE KIM
United States Magistrate Judge