1 | STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

2

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 | ANDREW F. DAWSON (CABN 264421)
KIMBERLY HOPKINS (MABN 668608)

5 | Assistant United States Attorney

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

7 | Telephone: (415) 436-7200
FAX: (415) 436-7234

8 | Andrew.dawson@usdoj.gov
Kimberly.hopkins@usdoj.gov

9

Attorneys for United States of America

**FILED**

Oct 26 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO.: 3:20-mj-70966 MAG |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 5.1(c) AND (d) |
| v. | |
| SHAUKAT SHAMIM, | |
| Defendant. | |

Counsel for the United States and counsel for the defendant, Shaukat Shamim, jointly stipulate and request that time be excluded under Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act from October 27, 2021 to December 2, 2021. The parties jointly request that the status hearing be continued from October 27, 2021 to December 2, 2021.

The government and counsel for the defendant have agreed that time be excluded under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing discovery produced by the government. The parties are exploring the possibility of a pre-indictment resolution to the matter and defense counsel needs time to conduct related investigation and review the discovery. For these reasons, the parties stipulate and agree that excluding

1 | time until December 2, 2021, will allow for the effective preparation of counsel.  *See* 18 U.S.C. §
2 | 3161(h)(7)(B)(iv); FRCP 5.1(c) and (d).  The parties further stipulate and agree that the ends of justice
3 | served by excluding time from October 27, 2021 to December 2, 2021, from computation under the
4 | Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweigh the best interests of
5 | the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).
6 |         The undersigned Assistant United States Attorney certifies that he has obtained approval from
7 | counsel for the defendant to file this stipulation, request, and proposed order.

        IT IS SO STIPULATED

DATED:  October 26, 2021                    Respectfully submitted,

                                            STEPHANIE M. HINDS
                                            Acting United States Attorney

                                             /s/
                                            ANDREW F. DAWSON
                                            KIMBERLY HOPKINS
                                            Assistant United States Attorneys

DATED: October 26, 2021                      /s/
                                            GAIL SHIFMAN
                                            Attorney for the Defendant

/ / /

**~~PROPOSED~~ ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from October 27, 2021 to December 2, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from October 27, 2021 to December 2, 2021 from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweighs the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from October 27, 2021 to December 2, 2021 shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d). 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv); FRCP 5.1(c),(d). The status conference is also continued from October 27, 2021 to December 2, 2021.

IT IS SO ORDERED.

DATED: October __26__, 2021

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge